IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:09CR3117 |
| TRAVES RUSH, | ) ) ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on defendant's Motion to Extend the Deadline for Filing Additional Pretrial Motions, (filing no. 39), from January 11, 2010, until January 25, 2010. The Court, being fully advised in the premises and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant shall file any additional pretrial motions in the above captioned matter no later than Monday, January 25, 2010. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from January 11, 2010, until January 25, 2010, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

IT IS FURTHER ORDERED that the January 25, 2010 trial in this matter is continued until further order of this Court following resolution of defendant's pretrial motions.

Dated this 11th day of January, 2010.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge