IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:09CR3117 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRAVES RUSH, and MARCUS SHORT, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the defendant Rush's Motion to Continue the Deadline for Filing Additional Pretrial Motions, (filing no. 48), is granted, and the defendant Rush's pretrial motion deadline is extended to February 3, 2010.

DATED this 27th day of January, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge