IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3117 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVES RUSH, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. The defendant's Motion to Withdraw Defendant's Motion to Continue Trial, (filing no. 81), is granted. Defendant's Motion to Continue, (filing no. 77), is withdrawn and the government's objection to a trial continuance, (filing no. 79), is denied as moot.

2. The trial of this case remains scheduled to commence before Judge Warren K. Urbom on the 3rd day of May, 2010, at 9:00 a.m. in Courtroom 4, United State Courthouse and Federal Building, 100 Centennial Mall north, Lincoln, Nebraska.

DATED this 27th day of April, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United Stated Magistrate Judge