IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3117 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVES RUSH, | ) | ORDER GRANTING MOTION TO SEAL |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Seal, filing 119, is granted.

Dated May 5, 2010.

BY THE COURT

Warren K. Urbom
United States Senior District Judge