IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:09CR3117 |
| TRAVES RUSH, | ) |
| Defendant. | ) |

## ORDER

THIS MATTER comes before this Court on defendant's Motion to Continue Variance Brief Deadline, filing 174. The Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that defendant shall file his brief in support of his motion for variance no later than Friday, July 23, 2010.

Dated this 19th day of July, 2010.

BY THE COURT:

s/ Warren K. Urbom

The Honorable Warren K. Urbom
United States Senior District Judge