IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **WITNESS LIST** |
| v. | ) | Case No. 4:09cr3117 |
| | ) | Deputy: Jeri Bierbower |
| | ) | Reporter: Digital Recording |
| TRAVES RUSH, | ) | |
| Defendant. | ) | |

Hearing Date(s): 8/18/2010

FOR PLAINTIFF:

<u>Name</u>                                                  <u>Date</u>

| Name | Date |
|---|---|
| Craig Ford | 8/18/2010 |
| | |

FOR DEFENDANT

| Name | Date |
|---|---|
| Mary Helen Rush | 8/18/2010 |
| | |