IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3117 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVES RUSH, | ) | ORDER ON MOTION FOR |
| | ) | APPOINTMENT OF COUNSEL |
| Defendants. | ) | |
| | ) | |

Inasmuch as this matter is on appeal to the Eighth Circuit Court of Appeals, the Motion for Appointment of Counsel is referred to the Eighth Circuit Court of Appeals.   The clerk of the court shall send a copy of this order to Traves Rush, Saline County Law Enforcement Center, P.O. Box 911, Wilber, Nebraska 68465.

Dated November 1, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge