IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3117 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVES RUSH, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that judgment is entered for the United States of America and against Defendant Rush providing that he shall take nothing and the Motion to Vacate under 28 U.S.C. § 2255 (Filing no. 251; filing no. 252 (Memorandum of Fact and Law)) is denied with prejudice. The undersigned does not issue a certificate of appealability.

   DATED this 19th day of August, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge
