IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3117 |
| | ) | |
| V. | ) | |
| | ) | |
| TRAVES RUSH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Rush has submitted yet another § 2255 motion (filing no. 269). Like the one I denied on August 19, 2015 (filing no. 266), Rush is not entitled to relief under *Johnson v. United States*, 135 S.Ct. 2551 (June 26, 2015). Moreover, this motion is successive because the defendant has already raised the *Johnson* issue without success and he has not received permission from the Court of Appeals to file yet another § 2255 motion. Accordingly,

IT IS ORDERED that the defendant's motion (filing no. 269) is denied with prejudice and a separate judgment will be issued.

DATED this 21st day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge